# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00506 |
| Jonathan Davis Laurens | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 6/28/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Jonathan Davis Laurens_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, and Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(A), (D) and (G) - Entering and Remaining on the Floor of Congress, Disorderly Conduct in a Capitol Building and Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __06/29/2021__

Digitally signed by G. Michael Harvey
Date: 2021.06.29 10:52:14 -04'00'

*Issuing officer's signature*

City and state: __Washington, D.C.__  __G. Michael Harvey, U.S. Magistrate Judge__
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __6/29/21__, and the person was arrested on *(date)* __6/30/21__
at *(city and state)* __DULUTH, GA__.

Date: __6/30/21__

*Arresting officer's signature*

__John McBrien, FBI Special Agent__
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN DAVIS LAURENS<br><br>Defendant. | CRIMINAL ACTION FILE NO.<br><br>1:21-MJ-644 |

## ORDER APPOINTING COUNSEL

### SUZANNE HASHIMI

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 30th day of June, 2021.

_____
JOHN K. LARKINS III
United States Magistrate Judge

4

| | | | | |
|---|---|---|---|---|
| | | | DATE: | 6/30/2021 @ 2:04 p.m. |
| | | | TAPE: | FTR |
| | | | TIME IN COURT: | 19 Minutes |

| MAGISTRATE JUDGE | JOHN K. LARKINS III | COURTROOM DEPUTY CLERK: | Cynthia Mercado |
|---|---|---|---|
| CASE NUMBER: | 1:21-MJ-644 | DEFENDANT'S NAME: | Jonathan Davis Laurens |
| AUSA: | Matthew Carrico | DEFENDANT'S ATTY: | Suzanne Hashimi |
| USPO / PTR: | Brandon Harper | ( ) Retained   ( ) CJA   (X) FDP   ( ) Waived | |

| | ARREST DATE | | | |
|---|---|---|---|---|
| X | Initial appearance hearing held. | | X | Defendant informed of rights. |
| | Interpreter, sworn: | | | |

## COUNSEL

| | | | | |
|---|---|---|---|---|
| X | ORDER appointing Federal Defender as counsel for defendant. | | | |
| | ORDER appointing | | as counsel for defendant. | |
| | ORDER: defendant to pay attorney's fees as follows: | | | |

## REMOVAL HEARING

| | | | | |
|---|---|---|---|---|
| X | Defendant WAIVES identity hearing. | | X | WAIVER FILED |
| | Identity hearing HELD. | Defendant is named defendant in complaint / indictment. | | |
| | Defendant WAIVES preliminary hearing in this district only. | | | WAIVER FILED |
| | Preliminary hearing HELD. | Probable cause found. Defendant to answer to charges in other district. | | |
| X | Preliminary hearing set for Wednesday, July 21, 2021 at 9:30 a.m., Courtroom 1834. | | | |
| | Commitment issued; defendant ORDERED held for removal to other district. | | | |

## BOND/PRETRIAL DETENTION HEARING

| | | | | | |
|---|---|---|---|---|---|
| | Government's motion for detention filed. | | | @ | |
| | Detention hearing | | @ | | (In charging district.) |
| X | Bond/Pretrial detention hearing HELD. | | | | |
| | Government motion for detention ( ) GRANTED ( ) DENIED | | | | |
| | Pretrial detention ordered. | | Written order to follow. | | |
| X | BOND | | X | Personal Recognizance | SURETY |

5

| | | | | cash | | | property | | | corporate surety ONLY |
|---|---|---|---|---|---|---|---|---|---|---|
| | SPECIAL CONDITIONS: | | | | | | | | | |
| | | | | | | | | | | |
| X | Bond filed. Defendant released. | | | | | | | | | |
| | Bond not executed. Defendant to remain in Marshal's custody. | | | | | | | | | |
| | Motion | | (verbal) | | to reduce/revoke bond filed. | | | | | |
| | Motion to reduce/revoke bond | | | | GRANTED | | | | DENIED | |

MINUTES: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendant's guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

WITNESSES:

| |
|---|
| |
| |
| |

EXHIBITS:

| |
|---|
| |
| |
| |

| Original Exhibits | | RETAINED by the Court | | RETURNED to counsel |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 30 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21-MJ-644 |
| | ) | |
| JONATHAN DAVIS LAURENS | ) | Charging District's Case No. 1:21-MJ-506 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* United States District Court, District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6/30/21

*Defendant's signature*

*Signature of defendant's attorney*

Suzanne Hashimi

*Printed name of defendant's attorney*

7

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 30 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| United States of America | ) |
| :--- | :--- |
| v. | ) |
|  | ) Case No. 1:21-MJ-644 |
| JONATHAN DAVIS LAURENS | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ JONATHAN DAVIS LAURENS _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- ( X ) to appear for court proceedings;
- ( X ) if convicted, to surrender to serve a sentence that the court may impose; or
- ( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

( ) (2) This is an unsecured bond of $ _____ .

( ) (3) This is a secured bond of $ _____ , secured by:

    ( ) (a) $ _____ , in cash deposited with the court.

    ( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

8

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 6/30/21

_____
*Defendant's signature*

_____  _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

Approved.

Date: 6/30/21

ATTEST: A TRUE COPY
CERTIFIED THIS
Date: Jul 08 2021
KEVIN P. WEIMER, Clerk
By: s/R. Bachelor
Deputy Clerk

_____
*Judge's signature*

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 30 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:21-MJ-644 |
| JONATHAN DAVIS LAURENS | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
*Custodian*     *Date*

( x ) (7) The defendant must:
submit to supervision by and report for supervision
- ( x ) (a) to the _____ ( x ) U.S. Pretrial Services ( ) U.S. Probation Office
  telephone number   404-215-1950   , ( ) No later than _____ (x) Before leaving courthouse, or _____
- ( x ) (b) maintain or actively seek lawful and verifiable employment.
- ( ) (c) continue or start an education program.
- ( x ) (d) surrender any passport to   your supervising officer by :  4:00 pm July 1, 2021, and do not obtain nor possess a passport or other international travel document, not obtain or possess a passport or other international travel document in your name, another name or on behalf of a third party, including minor children.
- ( x ) (e) abide by the following restrictions on personal association, residence, or travel: Reside at address provided to Pretrial Services and do not change your address or telephone number w/o written PTS pre-approval
- ( x ) (f) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:  any and all co-defendants and/or unindicted co-conspirators
- ( ) (g) get medical or psychiatric treatment:  ( ) as directed by your supervising officers  ( ) _____
- ( ) (h) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ( x ) (i) not possess a firearm, destructive device, other weapon, or ammunition, in your home, vehicle or place of employment, or upon your person.  & remove any firearms/ammo not later than 6pm 6/30/21
- ( x ) (j) not use alcohol ( ) at all ( x ) excessively.
- ( x ) (k) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless lawfully prescribed by a licensed medical practitioner.
- ( ) (l) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- ( ) (m) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- ( ) (n) participate in one of the following location restriction programs and comply with its requirements as directed.
  - ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
  - ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  - ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
- ( ) (o) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
  - ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- ( x ) (p) report within 72 hours to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- ( x ) (p) restrict travel to the Northern District of Georgia unless the supervising officer has approved travel in advance.
- ( x ) (r) stay away from DC, except for court appearances, court-ordered obligations, or attorney visits;
- ( ) (s) prior to any travel to DC, Defendant shall provide advance notice to supervising officer.
- ( ) (t) _____

11

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_[signature]_
*Defendant's Signature*

Duluth, GA
*City and State*

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 6/30/21

_[signature]_
*Judicial Officer's Signature*

JOHN K. LARKINS III, U.S. MAGISTRATE JUDGE
*Printed name and title*

ATTEST: A TRUE COPY
CERTIFIED THIS
Date: Jul 08 2021
KEVIN P. WEIMER, Clerk
By: s/R. Bachelor
Deputy Clerk

COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**  FILED IN OPEN COURT

DATE: 6/30/2021 @ 2:04 p.m.
TAPE: FTR
TIME IN COURT: 19 Minutes

| MAGISTRATE JUDGE | **JOHN K. LARKINS III** | COURTROOM DEPUTY CLERK: | Cynthia Mercado |
|---|---|---|---|
| CASE NUMBER: | 1:21-MJ-644 | DEFENDANT'S NAME: | Jonathan Davis Laurens |
| AUSA: | Matthew Carrico | DEFENDANT'S ATTY: | Suzanne Hashimi |
| USPO / PTR: | Brandon Harper | ( ) Retained ( ) CJA (X) FDP ( ) Waived | |

| | ARREST DATE | | |
|---|---|---|---|
| X | Initial appearance hearing held. | X | Defendant informed of rights. |
| | Interpreter, sworn: | | |

## COUNSEL

| X | ORDER appointing Federal Defender as counsel for defendant. | |
|---|---|---|
| | ORDER appointing | as counsel for defendant. |
| | ORDER: defendant to pay attorney's fees as follows: | |

## REMOVAL HEARING

| X | Defendant WAIVES identity hearing. | | X | WAIVER FILED |
|---|---|---|---|---|
| | Identity hearing HELD. | Defendant is named defendant in complaint / indictment. | | |
| | Defendant WAIVES preliminary hearing in this district only. | | | WAIVER FILED |
| | Preliminary hearing HELD. | Probable cause found. Defendant to answer to charges in other district. | | |
| X | Preliminary hearing set for Wednesday, July 21, 2021 at 9:30 a.m., Courtroom 1834. | | | |
| | Commitment issued; defendant ORDERED held for removal to other district. | | | |

## BOND/PRETRIAL DETENTION HEARING

| | Government's motion for detention filed. | | | @ | |
|---|---|---|---|---|---|
| | Detention hearing | | @ | | (In charging district.) |
| X | Bond/Pretrial detention hearing HELD. | | | | |
| | Government motion for detention ( ) GRANTED ( ) DENIED | | | | |
| | Pretrial detention ordered. | Written order to follow. | | | |
| X | BOND | X | Personal Recognizance | | SURETY |

13

|   |   |   | cash |   | property |   | corporate surety ONLY |
|---|---|---|------|---|----------|---|------------------------|
|   | SPECIAL CONDITIONS: | | | | | | |
|   | | | | | | | |
| X | Bond filed. Defendant released. | | | | | | |
|   | Bond not executed. Defendant to remain in Marshal's custody. | | | | | | |
|   | Motion | | (verbal) | to reduce/revoke bond filed. | | | |
|   | Motion to reduce/revoke bond | | | | GRANTED | | DENIED | |

MINUTES: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendant's guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

WITNESSES:

|   |
|---|
|   |
|   |
|   |

EXHIBITS:

|   |
|---|
|   |
|   |
|   |

| Original Exhibits |   | RETAINED by the Court |   | RETURNED to counsel |
|-------------------|---|-----------------------|---|---------------------|

14

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21-mj-00644-JKL |
| Jonathan Davis Laurens | ) | |
| | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:21-mj-00506 |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
### WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | E. Barrett Prettyman, United States Courthouse 333 Constitution Ave., N.W. Washington, D.C. 20001 | Courtroom No.: |
|---|---|---|
| | | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 07/08/2021

*Judge's signature*

John K. Larkins III, U.S. Magistrate Judge
*Printed name and title*

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:21−mj−00644−JKL−1

| | |
|---|---|
| Case title: USA v. Laurens | Date Filed: 06/30/2021 |
| Other court case number: 1:21−mj−00506 USDC District of Columbia | Date Terminated: 07/08/2021 |

Assigned to: Magistrate Judge John K. Larkins, III

### Defendant (1)

| | | |
|---|---|---|
| **Jonathan Davis Laurens**<br>*TERMINATED: 07/08/2021* | represented by | **Suzanne Hashimi**<br>Federal Defender Program Inc.−Atl<br>Suite 1500, Centennial Tower<br>101 Marietta Street, NW<br>Atlanta, GA 30303<br>404−688−7530<br>Fax: 404−688−0768<br>Email: Suzanne_Hashimi@FD.Org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752(a)(1) and (2) − KNOWINGLY ENTERING OR REMAINING IN ANY | |

CERTIFIED THIS Date: Jul 08 2021 KEVIN P. WEIMER, Clerk By: s/R. Bachelor Deputy Clerk

RESTRICTED BUILDING OR
GROUNDS WITHOUT
LAWFUL AUTHORITY, AND
DISORDERLY AND
DISRUPTIVE CONDUCT IN A
RESTRICTED BUILDING OR
GROUNDS

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Matthew S. Carrico**<br>Office of the United States Attorney−ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>404−581−4633<br>Email: matthew.carrico@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/30/2021 | | | Arrest (Rule 40) of Jonathan Davis Laurens. (tcc) (Entered: 07/01/2021) |
| 06/30/2021 | 1 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Suzanne Hashimi for Jonathan Davis Laurens. Signed by Magistrate Judge John K. Larkins, III on 6/30/2021. (tcc) (Entered: 07/01/2021) |
| 06/30/2021 | 2 | | Minute Entry for proceedings held before Magistrate Judge John K. Larkins, III: Initial Appearance in Rule 5(c)(3) Proceedings as to Jonathan Davis Laurens held on 6/30/2021. Defendant waives Identity Hearing. Waiver filed. Bond Hearing held. Personal Recognizance Bond set. Bond filed. Defendant released. Preliminary Hearing set for 7/21/2021 at 09:30 AM in ATLA Courtroom 1834 before Magistrate Judge John K. Larkins III. (Tape #FTR) (tcc) (Entered: 07/01/2021) |
| 06/30/2021 | 3 | | WAIVER of Rule 5 Identity Hearings and production of the warrant by Jonathan Davis Laurens. (tcc) (Entered: 07/01/2021) |
| 06/30/2021 | 4 | | Personal Recognizance Bond on Rule 5(c)(3) Entered as to Jonathan Davis Laurens. (tcc) (Entered: 07/01/2021) |
| 06/30/2021 | 5 | | ORDER Setting Conditions of Release as to Jonathan Davis Laurens. Signed by Magistrate Judge John K. Larkins, III on 6/30/2021. (tcc) (Entered: 07/01/2021) |
| 06/30/2021 | 6 | | CJA 23 Financial Affidavit by Jonathan Davis Laurens. (tcc) (Entered: 07/01/2021) |
| 06/30/2021 | 7 | | ORDER Pursuant to the Due Process Protections Act as to Jonathan Davis Laurens. Signed by Magistrate Judge John K. Larkins, III on 6/30/2021. (tcc) |

| | | | |
|---|---|---|---|
| | | | (Entered: 07/02/2021) |
| 07/08/2021 | 8 | | ORDER Requiring Defendant to Appear in the District Where Charges are Pending and Transferring Bail as to Jonathan Davis Laurens. Signed by Magistrate Judge John K. Larkins, III on 07/08/2021. c:Financial Office (rvb) (Entered: 07/08/2021) |
| 07/08/2021 | | | Transmittal of Rule 5(c)(3) Documents as to Jonathan Davis Laurens, sent to District of Columbia via email with certified bond and docket sheet. (rvb) (Entered: 07/08/2021) |
| 07/08/2021 | | | Magistrate Case Closed. Defendant Jonathan Davis Laurens terminated. (rvb) (Entered: 07/08/2021) |