**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-450 (RC)** |
| **v.** : | |
| : | |
| **JONATHAN DAVIS LAURENS,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING OF ITEMS INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibits which are incompatible with CM/ECF filing. The items are three digital videos that are exhibits 1 through 3, which will be referenced by the government in its sentencing memoranda and published at the time of sentencing. The government has no objection to the public release of these exhibits. The government will make the following video exhibits available to the Court electronically:

| Exhibit No. | File Name | Source | Time | Length |
|---|---|---|---|---|
| 1 | Exhibit 1- The Resistance video-Crypt.mp4 | Another investigation/open-source | Approx. 2:17 pm to 2:23 pm | 6 minute, 48 second video |
| 2 | Exhibit 2- Statuary Hall Connector video.mp4 | Another investigation | Between approx. 2:25 pm and 2:44 pm | 1 minute, 20 second video |
| 3 | Exhibit 3- Statuary Hall Connector video 2.mp4 | Another investigation | Between approx. 2:25 pm and 2:44 pm | 23 second video |

2

        Respectfully submitted,
        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:   */s/ Douglas G. Collyer*
        DOUGLAS G. COLLYER
        Assistant United States Attorney (Detailee)
        NDNY Bar No. 519096
        United States Attorney's Office
        14 Durkee Street, Suite 340
        Plattsburgh, NY 12901
        Douglas.Collyer@usdoj.gov